UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MANJEET K. KANG et al.,<br>　　　　　Plaintiffs,<br>　v.<br>NATIONSTAR MORTGAGE LLC,<br>　　　　　Defendants. | CASE NO. C23-5106-KKE<br><br>ORDER SETTING RESPONSE DEADLINE |

　　　Defendants filed a motion for summary judgment on May 9, 2024 (Dkt. No. 26) which was ripe for consideration by the Court on June 6, 2024. On June 30, 2024, pro se Plaintiffs filed a sur-reply to the motion for summary judgment with 19 exhibits. Dkt. No. 34. To the extent Defendants wish to file a response to the newest filing, they must do so by July 15, 2024, and limit their response to 4,200 words.

　　　Dated this 2nd day of July, 2024.

　　　　　　　　　　　　　　　　　　　*Kymberly K. Evanson*
　　　　　　　　　　　　　　　　　　　Kymberly K. Evanson
　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER SETTING RESPONSE DEADLINE - 1