1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MANJEET K. KANG et al.,

                Plaintiffs,

    v.

NATIONSTAR MORTGAGE LLC, et al.,

                Defendants.

CASE NO. C23-5106-KKE

ORDER CONTINUING TRIAL DATE

On May 9, 2024, Defendants moved for summary judgment.  Dkt. No. 26.  The motion should have been ripe for the Court's consideration on June 6, 2024.  However, Plaintiffs, appearing pro se, filed a second response to the motion for summary judgment on June 30, 2024.  Dkt. No. 34.  The Court permitted Defendants to respond, which they did on July 15, 2024.  Dkt. No. 37.  Plaintiffs then filed a third response on July 19, 2024.  Dkt. No. 38.  The parties' motions in limine are due August 5, 2024, and trial is set for September 9, 2024.  Dkt. No. 19.

Because the trial date is fast approaching, and because briefing on the motion for summary judgment was only recently completed and the pending motion may resolve, or at least narrow, the claims for trial, the Court hereby VACATES the current case schedule (Dkt. No. 19), including the pretrial conference set for September 3, 2024 (Dkt. No. 39), and continues the trial date to November 12, 2024.  Unexpired deadlines, including the deadline for filing motions in limine, are vacated and will be reset based upon the new trial date in a subsequent scheduling order.  To the

ORDER CONTINUING TRIAL DATE - 1

extent the parties wish to have this case referred to a United States Magistrate Judge for purposes of settlement negotiations, the parties should inform the Court by August 16, 2024.

Dated this 5th day of August, 2024.

Kymberly K. Evanson
United States District Judge

ORDER CONTINUING TRIAL DATE - 2